IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALS SCAN, INC. | * | |
| | * | |
| v. | * | Civil Action No. JFM 99-2594 |
| | * | |
| SUPERNEWS, INC. | * | |

ORDER

For the reasons stated in the memorandum entered herewith, it is, this 28th day of February 2000

ORDERED

1. Plaintiff's motion for summary judgment on the issue of liability is denied;

2. Defendant's motion to dismiss or for summary judgment is treated as one to dismiss and, as such, is granted;

3. This action is dismissed with prejudice; and

4. The Clerk is directed to close this file.

J. Frederick Motz
United States District Judge

